UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08CR1898-JLS / 08mj1725 |
| vs. | ) | ORDER |
| Jose Jesus Sierra-Hernandez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 08685298 |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / **Case Disposed** / Order of Court).

Ruth Naveli Vanzzini-Angeles
(Arr: 6/2/08)

DATED: 6-12-08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062