UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR1898-JLS |
| Plaintiff | ) | CRIMINAL NO. 08mj1725 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Jose Jesus Sierra-Hernandez | ) | Booking No. 08655298 |
| Defendant(s) | ) | |

**Leo S. Papas**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Floriberto Siles-Villegas
(Arr: 6/11/08)

DATED: 6-12-08

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082